1. JAMES LYNN O'HINES
2. Box 3400 1 0 40
3. ASPC Florence Eyman Complex
4. Florence AZ. 85232

2254 / 1983
FILING FEE PAID  Yes___ No ✓
IFP MOTION FILED Yes ✓ No___
COPIES SENT TO
Court ✓ ProSe ✓

**FILED**
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
Southern District of California

9. JAMES LYNN O'HINES
10. aka Jackson Malloy K86989
11. 222 GINA
12. EL CAJON CA 92020.

'08 CV 1168 J NLS

13.        V.                    CASE NO.
14. Dep. Warden: Toens Bijns
15. Warden John Ontiveros
16. Dir of Corr. Dora B. Schriro
17. Gov. of Az. Janet Napolitano
18. Gov. of Ca. Arnold Schwarzenegger.
19. and: future custody :        Atascadero State
20. Calif. State Atty Gen.        Hospital as aka
21. 1300 I Street Ste 1740    c/m Jackson Malloy K86989.
22. Sacramento Ca 95814        civil m.o.o.
23. 916 - 324 - 5437.
24.
25.           Petition for:
26. Federal Tort Claims Act F.T.C.A 2671 / 2680.
27. 35 AM Jur. 2d F.T.C.A 1 1 at 296 (1967)
28.

- 1 -

4. Identify all counts and crimes for which you were convicted and sentenced in this case: 4501.5 pc Calif parole violation : civil m.o.c. 1286 § 1382 * *

5. Length of sentence for each count or crime for which you were convicted in this case: 5 yrs 8o8 Concurrent parole violation and indeterminate w/ option on Con rep contract civil Agency for Rehab, Treatment, patients Rights education, employment etc.

6. (a) What was your plea?
   Not guilty  ☐
   Guilty  ☒
   Nolo contendere (no contest)  ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: I plead guilty under prosecutorial pressures that was were selectively vindictive for other crimes in a Insurance fraud scam by alleged victims St. Louis Mo to Los Angeles and Santa Barbara to phoenix Az. And alibi of improper drug use w/ female.

   (c) If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒

7. Did you testify at the trial?   Yes ☒   No ☐   partial testimony to Judge in re: CALIFORNIA Consciousness or/and conscience.

8. Did you file a direct appeal to the ~~Arizona~~ Court of Appeals from the judgment of conviction?
   Yes ☒   No ☐

   If yes, answer the following:

   (a) Date you filed: Beginning as: Sept 20th 2002. 3/26/08

   (b) Docket or case number: 0040670.  0052733.

   (c) Result: Summarily denied encouraged to proceed.

   (d) Date of result: Sept 20th 2002   ---   2/10/06.

   (e) Grounds raised: Over familiarity Labor Dispute Hostile Narcotics Squad Take over of Uncle's Grocery Store : "Henry Markets." Immigration / AIDS. employment E.O.P. prison Gang of Mexicans Asian w/ whites --- See: Sarbanes - Oxley Act and for Union activity --- Landrum Griffin Act --- for pensions Absolute priority Rule 11 U.S.C.A. § 1129 (b)(2)(b)(11). for example.

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

4th 9th
3&0

9. Did you appeal to the ~~Arizona~~ Supreme Court?   Yes ☒   No ☐  of: California?

   If yes, answer the following:

   (a) Date you filed: Sept 22nd 2002 Folsom State prison

   (b) Docket or case number: Obstructed to Atascadero State Hospital 2004

   (c) Result: from Motice of Exhaustion San Diego Fed. cts and HAS Applt.
   Rerouted... Remailed... Feb. 10th 2006, 11-22-07, & 6/06/08

   (d) Date of result: pending

   (e) Grounds raised: Capacity defense. ineffective assistance of
   counsel. involuntary plea of guilt 4th & 5th U.S. Const.
   Violations prior to U.S. Supreme Court Ruling 6 to 3.
   Search & seizure. property effects legal work of a
   class action CCCMS/ASP prisoner parolee medically and
   psychiatrically in treatment at prison Hospital for parole violations

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

10. Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐

    If yes, answer the following:

    (a) Date you filed: Sept / Oct 2005. August 2006

    (b) Docket or case number: pending to July 2 2008 * now.

    (c) Result: pending now for prohibition extraordinary Writ.

    (d) Date of result: after July 2nd 2008

    (e) Grounds raised: Duplicitous Appeal joinder of Battery & Aggravated
    Assault for Extradition and privileges and immunities clause.
    Brandies Rules for class action decision. Not Guilty. Access to Atty.
    Ineffective assistance of counsels. evidence. Religious Oppression
    Advocate Witness Rule. Legal & Medical Malpractices HMO
    Insurance policy debt. Change of Venue ... Oppression ... Obstruction 15th

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?   Yes ☒   No ☐

    If yes, answer the following:

3

(a) First Petition.

    (1) Date you filed: *Piecemailings. Jan 7 2008    5/20/08*

    (2) Name of court: *Pinal County Superior Court State of Arizona*

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): *Special action*

    (4) Docket or case number: *CV2008 00031.*

    (5) Result: *pending*

    (6) Date of result: *8/26/08*

    (7) Grounds raised: *Illegal conviction by Judges concourse to jury. Cause and prejudice Rule. 14th Declaration of Tulary Act. 42 uscs § 258 (a) Religious Oppression / obstruction 6th Institutional child abuse. 8th Sexual harassment 15th*

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(b) Second Petition.

    ✱ (1) Date you filed: *August 29th 2007*

    (2) Name of court: *Cochise County Superior Court State of Arizona*

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): *Special action*

    (4) Docket or case number: *CV2007 00695.*

    (5) Result: *pending investigation*

    (6) Date of result: *Superior court of Arizona County of Cochise Bisbee Az 85603.   520-432-8604  # tel no. #*

    (7) Grounds raised: *# That Atascadero staff jumped A.W.O.L. patient at 1305 W. Pierce & 1233 Grand Ave. w/ Narcotics sexual 12 Domestic Dispute over insurance policy claim Inheritance of grandmother Fern Eley. Legal medical malpractice after c/o c.f. Forced illegally charged petitioner at R.J. Donovan for Battery on prisoner*

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(c) Third Petition. Consolidated State & Civil. San Diego County: 6/3/08. aka Jackson Malloy K86489

   (1) Date you filed: Retro-Active-San Luis Obispo, Ca.

   (2) Name of court: San Luis Obispo Cn. Superior Court State of California

   (3) Nature of the proceeding (Rule 32, special action or habeas corpus): Habeas Corpus

   (4) Docket or case number: # HSC 10418 SF 122463. Unknown aka Jackson Malloy v. State of Ca.

   (5) Result: denied based on prima facie showing. unable to pursue due to institutional transfer F.S.P.

   (6) Date of result: 2002-2003 " — 6/3/08.

   (7) Grounds raised: CMC East at San Luis Obispo Cn. fo. Psychiatric Evaluations doubly jeopardized petitioner. for civil m.o.o. to extend sentence indeterminate by Civil Codes and procedures at Calif police practices (eg). Medication by Doctors Coleman vs Wilson vs Shwarzenegger post-Special Master expot for program changes. 8th 15th 6th

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(d) Did you appeal the action taken on your petition, application, or motion to the:
CALIFORNIA ~~Arizona~~ Court of Appeals:    CALIFORNIA ~~Arizona~~ Supreme Court:

   (1) First petition:   Yes ☒   No ☐      Yes ☒   No ☐

   (2) Second petition: Yes ☒   No ☐      Yes ☒   No ☐

   (3) Third petition   Yes ☒   No ☐      Yes ☒   No ☐

(e) If you did not appeal to the CALIFORNIA ~~Arizona~~ Court of Appeals, explain why you did not: I did. N/A. cc. Mailing receipts 11/22/07 to 6/06/08 cc. Atascadero State Hospital 2002-2004.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION</u>: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Conviction Obtained by use of evidence gained pursuant to an unlawful arrest. (where the State did not provide a full and fair hearing on the Fourth Amendment claim)* prior to 6 to 3 U.S. Supreme Court Ruling for Calif. prisoners & parole violaters. 42 USCA § 258 (b). private property taken for public use net value over $ 500,000.ºº Interstate parollee earnner Compact agreement Missouri to Calif. - 5ᵗʰ.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

(1) Arrest and detention approx 11-22-07 as a parole violater was for a custodial investigation in re: 4th Waiver conditions of parole with a lack of corpus to prosecute. no parole officer decision to provide alternative placement as a Balancing test placed petitioner in a double jeopardy predicament. Consolidate post sentence, civil orders-
(2) R.J. Donovan receiving and release in San Diego placed petitioner in Ad seg to prison Infirmary-Hospital an issue of Infectious disease as unidentifiable except TB or Hepatitis to Isolate punitively to segregate as medical & psych. w/ imminent discharge date - Approx 30 Days.
(3) D.A. referral for Battery on non prisoner w/ no report of parole violation afforded to inmate allowed a time period of discovery that denied a (district)... specifically fair and impartial.
(4) The method of discovery in custody, medical and psych treated upon *permission to allow a cell search resulted in a Battery on a non prisoner (violates a defendants right to examine the nature and accusation brought against him for evidence obtained in violation of the equal protection of the laws) the search by *permission at legal work inc: parole violation at demain cell doubled doored. w/a co-sign only M.D. processioner was a infringement to legal to discovery. for Interstate Compact parollee w/ a claim to property illegally obtained, extortively. H.M.O. U.C.C. 9-104 (b) Insurance *     (CALIFORNIA)

(b) Did you present the issue raised in Ground One to the ~~Arizona~~ Court of Appeals? Yes ☒    No ☐

(c) If yes, did you present the issue in a:
   Direct appeal      ☒
   First petition     ☒
   Second petition    ☒
   Third petition     ☒

(d) If you did not present the issue in Ground One to the ~~Arizona~~ (CALIFORNIA) Court of Appeals, explain why: N/A pending review - Mailed ce returned Receipt 11/22/07 / 6/00/08 - from 2002 → retrospectively.

(e) Did you present the issue raised in Ground One to the ~~Arizona~~ (CALIFORNIA) Supreme Court? Yes ☒    No ☐

GROUND TWO: <u>Denial of effective assistance of trial counsel or counsel on direct appeal in the state courts.</u>

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

(1) Arraignment from RJ Donovan to South Bay Courts Chula Vista in San Diego Ca. was a hispanic - english controversy In re: communication. The opportunity to speak to attorney in facility of county jail - and county courts by telephone was obstructed by inoperative equipment at the most crucial times. If not damaged by vandlism a more fish shot at telling the attorney w/out a belated Amended Abstract of judgement to show true identity over the prosecutorial choice of names in attachment of Motion of Discovery as incorrect, at arraignment while conversing with the judge.

The attorney as public defender choosing to assist a majority of spanish speaking only illegal aliens arraigned for other charges opened up a pandoras box before, during, after arraignment. Retrospectively.

Upon a pre-liminary immediate surrendering plea bargin as a arraignment hang-over the ability for counsel to understand the idea of affirmative action in effect based on racial issues (for example tattoos) or religious issues (for example jewish) and/or sexual issues, for example (gay reputation) allowed selective prosecution to be a swinging door.

* So petitioner claims as grounds now from a Venue reflective of the original charge in violation of original charge from a consolidated civil order and that civil law is United States code annotated for allowing a 'return' to principle of exhaustion of remedies for judicial review.

(b) Did you present the issue raised in Ground Two to the ~~Arizona~~ (CALIFORNIA) Court of Appeals? Yes ☒   No ☐

(c) If yes, did you present the issue in a:
  Direct appeal      ☒
  First petition     ☒
  Second petition    ☒
  Third petition     ☒

(d) If you did not present the issue in Ground Two to the ~~Arizona~~ (CALIFORNIA) Court of Appeals, explain why: N/P submitted in full.

(e) Did you present the issue raised in Ground Two to the ~~Arizona~~ (CALIFORNIA) Supreme Court? Yes ☒   No ☐

GROUND THREE: _Denial of Right of Appeal._

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
After piecemailings to the court initially after the conviction/sentence to obtain a judicial decision by order to the State Department of Corrections to reflect the true identity of appellant over the name used by effort of database search of a.k.a.s for example: Jaywalking ticket on NCIC police records for name as aka Jackson Malloy K86484 over the name used to report to the prosecutor the Rule Violations allegedly while in custody for a parole Violation w/ imminent discharge prison conditions at Corcoran, CMC-East, Folsom obstructed appellate process after the 4th Appellate denied local appeal Sept. 20, 2002. Because of civil m.o.o to State Hospital the raising of a 12 week substance abuse program as a condition of parole with a parlay of civil m.o.o. court procedures to show a yearly attachment consolidated to original sentence as an procedural lapse to deny a more expedient flexible review of grounds retro-active retrospectively. Upon Release another stipulation locally of 90 day Rehab. and Board & care lodging until A.W.OL. with a pursuit of justice by dually applicable means and measures Inre = Venue. From Ventura-Oxnard Region IV parole Dept Santa Barbara to San Diego Ca. to Maricopa county phoenix State capitol of Arizona Sheriff supervision of petitioner allowed for leeway and propensity of discretionary authority to fail at effective steps of consistent responsibility in/of supervision from mail forwarded to California State Supreme court, California state assembly (CC) to be in Interstate flight in pursuit of justice due to over-familiar grounds with local authority adversely.

(b) Did you present the issue raised in Ground Three to the ~~Arizona~~ (CALIFORNIA) Court of Appeals? Yes ☒  No ☐

(c) If yes, did you present the issue in a:
    Direct appeal          ☒
    First petition         ☒
    Second petition    ☒
    Third petition      ☒

(d) If you did not present the issue in Ground Three to the ~~Arizona~~ (CALIFORNIA) Court of Appeals, explain why: N/P Repeared. (a). Christine Kuyhoe Calif State Assembly spokesperson. Sacramento 3RD Dist appeal in full. Sheriff Jim Sheffield of Santa Barbara Co. visit to Folsom and at Atascadero State Hospital. O.J. Simpson double Homocide investigations. Corcoran prison dilemma 6/99 10/99 *

(e) Did you present the issue raised in Ground Three to the ~~Arizona~~ (CALIFORNIA) Supreme Court? Yes ☒  No ☐

GROUND FOUR: Conviction obtained by a Violation of the protection against double jeopardy.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner is/was a class action plaintiff to a landmark decision and while charged with an in custody violation as a medical treated incarcerated citizen and at this time prior to Arizona Competence decision afforded as all others a alternative that should, would could it applied grant a different outcome to a large group of people. The "civil" m.o.o. considerated by after a over due length of time denied the protection against a sentence upon a sentence that pre-competent decision would allow immunity for current controlling case and void the conviction in California under an P.K.S. with a retro-active prison identification number retrospectively, and now plead for, upon review.

I was sentenced after a Meeting w/ counsel and commissioner ordered No involuntary medication is/would be required.

I was convicted on a charge that is administratively considered unfriendly.

My exigent need for review due to conditions of incarceration comparable to State Hospital for a physical impairment is discriminatory and active supervisorial. The a.k.a. used at immediate sentence was not changed as ordered by Amended Abstract of judgement by the Dept of corrections which dually convicted petitioner as a civil m.o.o.

(CALIFORNIA)
(b) Did you present the issue raised in Ground Four to the ~~Arizona~~ Court of Appeals? Yes ☒   No ☐

(c) If yes, did you present the issue in a:
    Direct appeal     ☒
    First petition     ☒
    Second petition   ☒
    Third petition    ☒

(CALIFORNIA)
(d) If you did not present the issue in Ground Four to the ~~Arizona~~ Court of Appeals, explain why: N/A Sent to Sacramento Thirdly 6/06/08.

(CALIFORNIA)
(e) Did you present the issue raised in Ground Four to the ~~Arizona~~ Supreme Court? Yes ☒   No ☐

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☒    No ☐

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available: Copy unavailable Rule 38 Motion to Stay Judgement pending appt of counsel. Rule 9. Rule 26.

14. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?    Yes ☒    No ☐

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: 880 Front Street, San Diego Calif. Southern Dist Federal Court Civil No. 08-0698 BEN (PCL). Appointment of Attorney Title 18 3006 A. Motion. Motion(s). Fed. R. civil proc.

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?    Yes ☒    No ☐

If yes, answer the following:

(a) Name and location of the court that imposed the sentence to be served in the future: San Luis Obispo Calif. State Union personnel over familiarity problem. the right to be free from association as aka Jackson Malloy K86484 civil m.o.o. illegal between 2002-2004 to indeterminate?

(b) Date that the other sentence was imposed: approx 2002.

(c) Length of the other sentence: Indeterminate by civil order no aka.

(d) Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?    Yes ☒    No ☐

16. TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

Because I as petitioner have been on parole. Because I have been in custody. Hospitalized and diagnosed w/ a disability. Hospitalized and found competent. Incarcerated and isolated beyond the scope of punishment. I have had obligations w/ Calif State Dept of Rehab. I have been subjected to civil authority by dual convictions. I am not judiciously capable. 100% I am denied lawyer of choice: Robert W. Doyle Attorney at Law. 5196 Camelback Road. Phoenix AZ 85108-4218. (Faretta v. Calif.)

*Section 2244(d) provides in part that:
(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief: preliminary injunctive orders - for 28 USCA 1404 (a) - Change of Venue Federal transfer. Temporary Restraining Orders U.S. Marshall Doug Fisher (over families from San Diego / St Louis Mo.) Altering and Amending judgement as duplicitously violative of 14th Amendment or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on June/July 2008 (month, day, year).

James Lynn Ortiz aka J. Mulloy, K86984
Signature of Petitioner

A.C.L.U. The Nat'l Prison Project
733 15th Street N.W. Ste 620
Signature of attorney, if any  202/234/4830
Washington D.C. 20005.

June/July 2008
Date

11

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Toers Bijns, Warden

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Outside State
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** ___
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

Stamp overlay: 2254 / 1983 / FILING FEE PAID / Yes / No / IFP MOTION FILED / Yes ✓ No / COPIES SENT TO

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
147067

**ATTORNEYS (IF KNOWN)**

'08 CV 1168 J NLS

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appelate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $ ___    Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE ___    Docket Number ___

DATE    7/1/2008    ~~SIGNATURE OF ATTORNEY OF RECORD~~    [signature]