*James Lynn O'Hines*
**PLAINTIFF/PETITIONER/MOVANT'S NAME**

*197067*
**PRISON NUMBER**

*ASPC Florence Eyman Complex*
**PLACE OF CONFINEMENT**

*Box 3400 1040 Florence Az 85232*
**ADDRESS**

| 2254 ✓ | 1983 |
|---|---|
| **FILING FEE PAID** | |
| Yes | No ✓ |
| **IFP MOTION FILED** | |
| Yes ✓ | No |
| **COPIES SENT TO** | |
| Court ✓ | ProSe |

JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

08 CV 1168 J NLS

*James Lynn O'Hines*,
Plaintiff/Petitioner/Movant

v.

*Deputy Warden C. Toers-Bijns*,
Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, *James Lynn O'Hines*, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration *Florence Eyman Complex SMU I 1040*
   Are you employed at the institution?   ☐ Yes ☒ No
   Do you receive any payment from the institution?   ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *Henry's Mkts' Uncle Robert Daugherty 4030 Blk Park Blvd undetermined mo. wage w/ 19 to 24 stock options dividends upon release Nationwide grocery chain Business USofA.) Incarcerated/No/ - to resume upon release.)*

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *Secretary Montague Muinreneoctro. oo to 60.00 a day cash under the table San Diego Ca*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☒ Yes ☐ No
   c. Pensions, annuities or life insurance             ☒ Yes ☐ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☒ Yes ☐ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. *Capital Records BMI music Arry Red Sovall Bakersfield Ca. for Keith Urban © & The Traveling Armadilles & CDC cepsn units C/o Band Yor music /BofA Joe Cali Uncle gifts/?*

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?  ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☒ Yes  ☐ No
   If "Yes" describe the property and state its value. Copyright to Lyrics of Amy Red Stovall and Kenneth S. Countryman PC approx 1,000,000. & (Native American Land 5 ac)

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. 1 18 yr old child Ms Kimberly Lee Lee DOB 1990 Alexian Bros Hosp. St Louis Mo. 1 Senior Dad 65 1 HIV+ 33 yr old brother.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Pinal Co. San Diego Southern Dist. Fed courts Maricopa Co. Sheriffs fees for transportation on locating warrant summons services approx ? Phoenix Fed. Dist. ? Einstein Fed Fresno less than 2000.00 total.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): Cole Estates Peru Inheritance $100,000. One hundred thousand dollars. Song Lyrics & melodies Red Stovall Amy & JL Bakersfield Ca. Truxton Ave Kenneth S. Countryman PC 1726 7th Ave Phoenix Az

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. Indigient Welfare stamps supplies by Inmate welfare funds soap and toothpaste and deoderant shampoo free of charge legal supplies inmate welfare fund.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

April / May 2008
DATE

James Lynn OShea
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant _James Lynn O'Khnes_,
(NAME OF INMATE)

_197067_,
(INMATE'S CDC NUMBER)

has the sum of $ _0.00_ on account to his/her credit at _DSPC_
_Florence - Eymen Complex South_.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _as listed_

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ _0.00_,

and the *average monthly deposits* to the applicant's account was $ _0.00_.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_05/08/08_
DATE

_July 2008 revised_

_Ford Cotti_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_Ford_
OFFICER'S FULL NAME (PRINTED)

_CoIII_
OFFICER'S TITLE/RANK

Copy: I James Lynn O. Hines do hereby declare that on June/July 2008 I deposited and mailed to opponents at said address:

    Phoenix & Prescott Divisions:    OR    Tucson Division:
    U.S. District Court Clerk                         U.S. District Court Clerk
    U.S. Courthouse, Suite 130                      U.S. Courthouse, Suite 1500
    401 West Washington Street, SPC 10        405 West Congress Street
    Phoenix, Arizona 85003-2119                   Tucson, Arizona 85701-5010

7. **Change of Address.** You must immediately notify the Court and the defendants in writing of any change in your mailing address. **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. **Certificate of Service.** You must furnish the defendants with a copy of any document you submit to the Court (except the initial complaint and application to proceed *in forma pauperis*). Each original document (except the initial complaint and application to proceed *in forma pauperis*) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the defendants and the address to which it was mailed. See Fed. R. Civ. P. 5(a), (d). Any document received by the Court that does not include a certificate of service may be stricken. A certificate of service should be in the following form:

1st

> I hereby certify that a copy of the foregoing document was mailed this _June/July 08_ (month, day, year) to:
> Name: _1300 I Street   California Attorney General_
> Address: _Sacramento C   95814_
>         Attorney for Defendant(s)
> _[signature] (19768)_               defendant
> (Signature)
>                916-324-5437.

9. **Amended Complaint.** If you need to change any of the information in the initial complaint, you must file an amended complaint. The amended complaint must be written on the court-approved civil rights complaint form. You may file one amended complaint without leave (permission) of Court before any defendant has answered your original complaint. See Fed. R. Civ. P. 15(a). After any defendant has filed an answer, you must file a motion for leave to amend and lodge (submit) a proposed amended complaint. LRCiv 15.1. In addition, an amended complaint may not incorporate by reference any part of your prior complaint. LRCiv 15.1(a)(2). **Any allegations or defendants not included in the amended complaint are considered dismissed.** All amended complaints are subject to screening under the Prison Litigation Reform Act; screening your amendment will take additional processing time.

10. **Exhibits.** You should not submit exhibits with the complaint or amended complaint. Instead, the relevant information should be paraphrased. You should keep the exhibits to use to support or oppose a motion to dismiss, a motion for summary judgment, or at trial.

11. **Letters and Motions.** It is generally inappropriate to write a letter to any judge or the staff of any judge. The only appropriate way to communicate with the Court is by filing a written pleading or motion.

2

2nd
and atty of Record:
Middle Ground
139 East Encanto Drive
Tempe Az. 85281.    602-966-8116.

plaintiff

```
BK03 5 197067 20080601 PU11   ARIZONA DEPARTMENT OF CORRECTIONS        06/10/08 13:08:14
PRODBK03-A                        INMATE BANK ACCOUNT                  PAGE 1
ADC#: 197067-                                                          FROM: 20080601
FOR: HINES, JAMES L.                                                   TO:   20080601

                              LOC: A21 ASPC-E BROWNING UNIT         INMATE STAT: A-ACTIVE
                              X-LOC: A11 ASPC-F CB 6                BANK ACCT STAT: H-HOLD

COMMENTS: YES

BEGINNING BAL:    15.00    CURRENT BAL:    15.00    SPENDABLE AMT:      .00
RETENTION AMT:  1785.47    DDA AMT:          .00    DDA PER BATCH:      .00
W/D NSF #: 81              DEP PND #:              CK PND #:

DISCHG $   .00  CK#                                 DTE 00000000
DDA    $   .00  CK#                                 DTE 00000000        ENCUMB AMT
                                                                          15.00

LOC HISTORY     A21 20060319    A11 20051129    A23 20051104    A01 20051103
```

```
BKO3 5 197067 20080601  PU11 ARIZONA DEPARTMENT OF CORRECTIONS       06/10/08 13:08:14
PRODBKO3-B                    INMATE BANK ACCOUNT                         PAGE  2
ADC#: 197067                                                         FROM: 20080601
FOR: HINES, JAMES L.             LOC: A21 ASPC-E BROWNING UNIT       TO:   20080601

DEDUCTIONS              AMT OWED      AMT PAID     DED AMT    FRQ  P-$
  35 FEDERAL FILING FEE   600.00          5.00         .00     W    P
  37 STATE FILING FEE     1215.00          .00         .00     W    P
  54 TRANSITION FEE      999999.00         5.00         .00     W    P
*** END OF DEDUCTIONS ***
```

```
BK03 5 197067 20080601 PU11    ARIZONA DEPARTMENT OF CORRECTIONS        06/10/08 13:08:14
PRODBK03-C                         INMATE BANK ACCOUNT                       PAGE   3
ADC#: 197067                                                            FROM: 20080601
FOR: HINES, JAMES L.           LOC: A21 ASPC-E BROWNING UNIT             TO:  20080601

POST DTE BATCH#  ITEM D/W DATE   TYPE  S   AMOUNT REFRNC REMITTER

*********************** SUSPENSE RECORDS FOLLOW THIS LINE ***********************
20050812 L08458 0003 20050812 POST LGL-H      2.44 VR   LEGAL POSTAGE
20050829 L08486 0021 20050829 HEALTH-H        3.00 VR   MEDICAL 081905
20050906 L08494 0004 20050906 POST STORE      3.40 VR   STORE 090105
20050919 L08261 0004 20050919 POST LGL-H      6.28 LNR  LGL POSTAGE
20050919 L08261 0007 20050919 POST LGL-H      4.15 LNR  LGL POSTAGE
20050919 L08261 0002 20050919 POST STORE     43.40 LNR  STORE 9/16/05
20050919 L08260 0001 20050919 LGL SUPL-H      1.43 VR   LGL MAIL
20050926 L08276 0004 20050926 POST LGL-H      4.75 VR   LGL MAIL
20050926 L08276 0001 20050926 COPY LGL-H      1.00 VR   LGL CPY/NOTARY
20051011 L08262 0006 20051011 COPY N/L-H      1.60 VR   LGL COPIES
20051011 L08262 0008 20051011 COPY LGL-H      1.00 VR   LGL CPY/NOTARY
20051011 L08264 0005 20051011 COPY N/L-H      1.20 VR   LGL COPIES
20051017 L08267 0003 20051017 POST LGL-H     32.95 VR   COPIES
20051017 L08271 0016 20051017 COPY LGL-H      1.66 DD   COPIES
20051026 L08252 0024 20051026 HEALTH-H        3.00 DD   MEDICAL 10/17
20051026 L08254 0013 20051026 POST LGL-H      9.00 DD   MEDICAL 10/24
20051026 L08271 0014 20051026 POST LGL-H     37.00 SS   COPIES 10/20
20051214 A022265 0015 20051214 POST LGL-H    37.85 SS   LGLPOST
20051214 A022265 0017 20051214 POST LGL-H     2.44 SS   LGLPOST
20051214 A022265 0018 20051214 POST LGL-H     1.75 SS   LGLPOST
20051229 A022289 0005 20051229 POST LGL-H     1.21 SS   LGLPOST
20051229 A022289 0006 20051229 POST LGL-H     1.75 SS   LGLPOST
20051229 A022289 0007 20051229 POST LGL-H    22.21 SS   LGLPOST
20051229 A022289 0008 20051229 POST LGL-H     3.37 SS   LGLPOST
20051229 A022289 0009 20051229 POST LGL-H    37.00 SS   LGLPOST
20051229 A032274 0010 20051229 LGL SUPL-H     2.00 SS   LGLSUPP 12/30/05
20060117 A022260 0011 20060117 COPY LGL-H     1.11 RL   LGL COPIES
20060117 A022263 0004 20060117 POST LGL-H     1.11 RL   LGL POSTAGE
20060117 A022263 0005 20060117 POST LGL-H     1.63 RL   LGL POSTAGE
20060117 A022263 0006 20060117 POST LGL-H     1.85 RL   LGL POSTAGE
20060117 A022263 0007 20060117 POST LGL-H     3.39 RL   LGL POSTAGE
20060117 A022263 0008 20060117 POST LGL-H     1.11 RL   LGL POSTAGE
20060117 A022263 0009 20060117 POST LGL-H      .39 RL   LGL POSTAGE
20060117 A022263 0010 20060117 POST LGL-H      .63 RL   LGL POSTAGE
20060117 A022263 0012 20060117 POST LGL-H     1.06 RL   LGL POSTAGE
20060117 A022262 0022 20060117 POST LGL-H     4.05 RL   LGL POSTAGE
20060117 A022264 0003 20060117 COPY LGL-H     3.18 RL   LGL COPIES
20060117 A022278 0015 20060117 LGL SUPL-H   120.40 RL   LGL SUPPIES 1/17/06
20060124 A022277 0007 20060124 COPY LGL-H      .39 RL   LGL COPIES/NOTARY
20060124 A022266 0008 20060124 POST LGL-H     1.50 RL   LGL POSTAGE
20060130 A022265 0001 20060130 POST LGL-H      .39 RL   LGL CERTIFIED COPIES
20060130 A022265 0001 20060130 POST LGL-H      .39 RL   LGL POSTAGE

BGN BAL:    15.00     CURRENT BAL:    15.00    SPENDABLE BAL:    .00
```

```
BK03 5 197067 20080601 PU11   ARIZONA DEPARTMENT OF CORRECTIONS        06/10/08 13:08:14
PRODBK03-C                    INMATE BANK ACCOUNT                      PAGE   4
ADC#: 197067                  LOC: A21  ASPC-E  BROWNING UNIT          FROM: 20080601
FOR: HINES, JAMES L.                                                   TO:   20080601
```

| POST DTE | BATCH# | ITEM | D/W DATE | TYPE | S | AMOUNT | REFRNC | REMITTER |
|---|---|---|---|---|---|---|---|---|
| 20060130 | A022265 | 0003 | 20060130 | POST | LGL-H | | 4.05 | RL | LGL POSTAGE |
| 20060130 | A022264 | 0004 | 20060130 | POST | N/L-H | | .39 | RL | POSTAGE |
| 20060203 | A022264 | 0001 | 20060203 | POST | LGL-H | | .39 | RL | LGL POSTAGE |
| 20060203 | A022253 | 0003 | 20060203 | POST | LGL-H | | .39 | RL | LGL POSTAGE |
| 20060203 | A022253 | 0004 | 20060203 | POST | SUPL-H | | 2.24 | RL | LGL SUPPLY 2/3/06 |
| 20060203 | A022252 | 0003 | 20060203 | POST | LGL-H | | .39 | RL | LGL POSTAGE |
| 20060217 | A022268 | 0001 | 20060217 | POST | LGL-H | | .87 | RL | LGL POSTAGE |
| 20060217 | A022268 | 0002 | 20060217 | POST | LGL-H | | .83 | RL | LGL POSTAGE |
| 20060217 | A022273 | 0003 | 20060217 | POST | LGL-H | | 1.59 | AQR | LEGAL POSTAGE |
| 20060223 | A022273 | 0004 | 20060223 | POST | N/L-H | | .39 | AQR | POSTAGE |
| 20060223 | A022272 | 0002 | 20060223 | POST | LGL-H | | 1.63 | AQR | LEGAL POSTAGE |
| 20060223 | A022251 | 0001 | 20060223 | POST | LGL-H | | .39 | KH | LEGAL POSTAGE |
| 20060303 | A022250 | 0003 | 20060303 | POST | N/L-H | | .39 | KH | POSTAGE |
| 20060303 | A022273 | 0002 | 20060303 | POST | LGL-H | | .39 | KH | LEGAL POSTAGE |
| 20060303 | A022261 | 0004 | 20060303 | POST | LGL-H | | .39 | KH | LEGAL POSTAGE |
| 20060303 | A022261 | 0005 | 20060303 | POST | LGL-H | | .39 | KH | LEGAL POSTAGE |
| 20060309 | A022259 | 0014 | 20060309 | POST | LGL-H | | 2.24 | BT | LEGAL POSTAGE |
| 20060309 | A022270 | 0002 | 20060309 | POST | LGL-H | | 6.05 | RL | LGL POSTAGE |
| 20060314 | A022270 | 0003 | 20060314 | POST | LGL-H | | .39 | RL | LGL POSTAGE |
| 20060317 | A022276 | 0001 | 20060317 | POST | LGL-H | | 1.02 | A16 | LEGAL POSTAGE |
| 20060317 | A022276 | 0002 | 20060317 | POST | LGL-H | | 2.31 | A21 | LEGAL POSTAGE |
| 20060317 | A022276 | 0004 | 20060317 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060317 | A022276 | 0005 | 20060317 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060317 | A022276 | 0006 | 20060317 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060324 | A022276 | 0007 | 20060324 | POST | LGL-H | | 3.00 | A21 | LEGAL POSTAGE |
| 20060331 | A021390 | 0019 | 20060331 | POST | LGL-H | | .31 | A21 | LEGAL SUPPLIES |
| 20060412 | A021398 | 0004 | 20060412 | POST | LGL-H | | 2.00 | A21 | MEDICAL 4/9/06 |
| 20060412 | A021413 | 0001 | 20060412 | HEALTH | SUPL-H | | 2.00 | A21 | LGL POSTAGE |
| 20060428 | A021425 | 0003 | 20060428 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060504 | A162514 | 0058 | 20060504 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060504 | A021430 | 0013 | 20060504 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060515 | A021448 | 0002 | 20060515 | POST | LGL-H | | 2.00 | A21 | MEDICAL 4/26/06 |
| 20060519 | A021452 | 0007 | 20060519 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060530 | A021452 | 0006 | 20060530 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060530 | A021452 | 0007 | 20060530 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060530 | A021453 | 0041 | 20060530 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20060530 | A021451 | 0004 | 20060530 | POST | SUPL-H | | 3.00 | A21 | MEDICAL 5/28/06 |
| 20060605 | A021454 | 0118 | 20060605 | COPY | LGL-H | | 1.50 | A21 | LEGAL COPIES |
| 20060616 | A021464 | 0001 | 20060616 | HEALTH | - | | 7.00 | A21 | CERTIFIED COPIES |
| 20060620 | A021471 | 0005 | 20060620 | COPY | LGL-H | | 2.88 | A21 | LGL COPIES & NOTARY |
| 20060627 | A021473 | 0006 | 20060627 | POST | LGL-H | | .63 | A21 | LEGAL POSTAGE |
| 20060627 | A021475 | 0007 | 20060627 | POST | LGL-H | | 10.20 | A21 | LEGAL SUPPLIES |
| 20060629 | A021482 | 0006 | 20060629 | COPY | LGL-H | | .39 | A21 | LEGAL COPIES |
| 20060630 | A021484 | 0003 | 20060630 | POST | LGL-H | | 4.20 | A21 | LEGAL POSTAGE |
| 20060711 | A021493 | 0001 | 20060711 | POST | LGL-H | | 30.70 | A21 | LEGAL POSTAGE |
| 20060711 | A021493 | 0004 | 20060711 | COPY | LGL-H | | | A21 | LEGAL COPIES |
| 20060801 | A211276 | 0004 | 20060801 | COPY | LGL-H | | | | |

BGN BAL.:     15.00        CURRENT BAL.:     15.00        SPENDABLE BAL.:     .00
```

```
BK03 5 1970067 20080601 PU11  ARIZONA DEPARTMENT OF CORRECTIONS         06/10/08 13:08:14
PRODBK03-C                    INMATE BANK ACCOUNT                        PAGE   5
ADC#: 197067                  LOC: A21 ASPC-E BROWNING UNIT            FROM: 20080601
FOR: HINES, JAMES L.                                                     TO: 20080601
```

| POST DTE | BATCH# | ITEM | D/W DATE | TYPE | S | AMOUNT | REFRNC | REMITTER |
|---|---|---|---|---|---|---|---|---|
| 20060801 | A212278 | 0005 | 20060801 | POST | LGL-H | | .78 | A21 | LEGAL POSTAGE |
| 20060801 | A212278 | 0007 | 20060801 | POST | LGL-H | | 2.31 | A21 | LEGAL POSTAGE |
| 20060807 | A212283 | 0008 | 20060801 | POST | LGL-H | | 2.79 | A21 | LEGAL POSTAGE |
| 20060807 | A212283 | 0006 | 20060807 | COPY | LGL-H | | 1.50 | A21 | CERTIFIED COPIES |
| 20060807 | A212283 | 0007 | 20060807 | COPY | LGL-H | | 1.50 | A21 | CERTIFIED COPIES |
| 20060807 | A212281 | 0132 | 20060807 | POST | LGL-H | | 1.63 | A21 | POSTAGE |
| 20060807 | A212281 | 0014 | 20060807 | POST | N/L-H | | 3.27 | A21 | POSTAGE |
| 20060807 | A212281 | 0009 | 20060807 | POST | LGL-H | | 4.20 | A21 | LEGAL POSTAGE |
| 20060807 | A212284 | 0003 | 20060807 | POST | SUPL-H | | 2.88 | A21 | MEDICAL SUPPLIES 8/2/06 |
| 20060807 | A212287 | 0005 | 20060807 | LGL | LGL-H | | 4.88 | A21 | LEGAL COPIES |
| 20060811 | A212291 | 0003 | 20060811 | COPY | LGL-H | | 39.00 | A21 | LEGAL COPIES |
| 20060811 | A082425 | 0019 | 20060811 | HEALTH | N/L-H | | 37.45 | A08 | MEDICAL 8/2/06 |
| 20060814 | A212304 | 0017 | 20060814 | POST | LGL-H | | .87 | A21 | POSTAGE |
| 20060828 | A212308 | 0004 | 20060828 | POST | LGL-H | | 1.74 | A21 | LEGAL POSTAGE |
| 20060901 | A212313 | 0003 | 20060901 | POST | LGL-H | | 11.72 | A21 | LEGAL POSTAGE |
| 20060905 | A212332 | 0001 | 20060905 | COPY | LGL-H | | 12.58 | A21 | LEGAL SUPPLIES |
| 20060905 | A212336 | 0002 | 20060905 | POST | LGL-H | | 10.40 | A21 | LEGAL POSTAGE |
| 20060922 | A212336 | 0004 | 20060922 | COPY | LGL-H | | 1.83 | A21 | LEGAL COPIES |
| 20060925 | A212336 | 0003 | 20060925 | POST | LGL-H | | 1.59 | A21 | LEGAL POSTAGE |
| 20060925 | A212355 | 0005 | 20060925 | POST | LGL-H | | 1.87 | A21 | LEGAL POSTAGE |
| 20061013 | A212364 | 0001 | 20061013 | LGL | SUPL-H | | 31.40 | A21 | LEGAL SUPPLIES |
| 20061013 | A212365 | 0016 | 20061013 | COPY | N/L-H | | 2.88 | A21 | MEDICAL 10/12/06 |
| 20061019 | A212372 | 0015 | 20061019 | HEALTH | N/L-H | | 3.00 | A08 | MEDICAL 10/17/06 |
| 20061025 | A212377 | 0008 | 20061025 | COPY | N/L-H | | 6.30 | A08 | COPIES |
| 20061030 | A082281 | 0009 | 20061030 | COPY | LGL-H | | 5.70 | A08 | CERTIFIED COPIES |
| 20061103 | A212378 | 0011 | 20061103 | POST | LGL-H | | 1.50 | A21 | LGL POSTAGE |
| 20061103 | A212378 | 0012 | 20061103 | POST | LGL-H | | 1.35 | A21 | LGL POSTAGE |
| 20061103 | A212379 | 0024 | 20061103 | POST | LGL-H | | 1.11 | A21 | LGL POSTAGE |
| 20061103 | A212385 | 0004 | 20061103 | POST | LGL-H | | 1.83 | A21 | LGL POSTAGE |
| 20061114 | A212385 | 0011 | 20061114 | POST | LGL-H | | 1.59 | A21 | LEGAL POSTAGE |
| 20061114 | A212389 | 0009 | 20061114 | POST | LGL-H | | 1.87 | A21 | LEGAL POSTAGE |
| 20061121 | A212389 | 0010 | 20061121 | POST | LGL-H | | 2.88 | A21 | LEGAL POSTAGE |
| 20061121 | A212389 | 0011 | 20061121 | POST | LGL-H | | 1.39 | A21 | LEGAL POSTAGE |
| 20061121 | A212389 | 0013 | 20061121 | POST | LGL-H | | 4.39 | A21 | LEGAL POSTAGE |
| 20061121 | A212395 | 0014 | 20061121 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20061127 | A212395 | 0015 | 20061127 | POST | LGL-H | | 3.27 | A21 | LEGAL POSTAGE |
| 20061127 | A212395 | 0001 | 20061127 | POST | LGL-H | | 4.20 | A21 | LEGAL POSTAGE |
| 20061127 | A213395 | 0002 | 20061127 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20061127 | A213395 | 0007 | 20061127 | POST | LGL-H | | .39 | A21 | LEGAL POSTAGE |
| 20061127 | A213396 | 0008 | 20061127 | POST | N/L-H | | .39 | A21 | LEGAL POSTAGE |
| 20061127 | A213396 | 0009 | 20061127 | POST | N/L-H | | .39 | A21 | POSTAGE |
| 20061128 | A214401 | 0005 | 20061128 | POST | LGL-H | | 1.83 | A21 | LEGAL POSTAGE |

```
RGN BAL:    15.00   CURRENT BAL:   15.00   SPENDABLE BAL:    .00
```

```
BK03 5 197067 20080601 PU11   ARIZONA DEPARTMENT OF CORRECTIONS                06/10/08 13:08:14
PRODBK03-C                        INMATE BANK ACCOUNT                          PAGE    6
ADC#: 197067                      LOC: A21 ASPC-E BROWNING UNIT         FROM: 20080601
FOR: HINES, JAMES L.                                                      TO: 20080601

POST DTE  BATCH#  ITEM  D/W  DATE      TYPE   S   AMOUNT  REFRNC  REMITTER
20061128  A214401  0007  2   20061128  POST LGL-H         1.59   A21    LEGAL POSTAGE
20061204  A214404  0002  1   20061204  POST LGL-H         1.11   A21    LEGAL POSTAGE
20061205  A214407  0001  1   20061205  POST LGL-H         1.39   A21    LEGAL POSTAGE
20061205  A214408  0004  2   20061205  POST N/L-H          .39   A21    POSTAGE
20061212  A214408  0005  1   20061205  POST N/L-H          .63   A21    POSTAGE
20061212  A214413  0004  1   20061212  POST N/L-H         1.11   A21    POSTAGE
20061212  A214414  0005  2   20061212  POST N/L-H         1.39   A21    POSTAGE
20061212  A214414  0006  1   20061212  POST N/L-H          .63   A21    POSTAGE
20061212  A214414  0029  2   20061212  POST N/L-H          .59   A21    POSTAGE
20061212  A214417  0032  1   20061212  HEALTH-I          13.00   A21    MEDICAL 12/8/03
20061215  A214417  0022  1   20061215  COPY LGL-H        16.40   A21    LGL COPIES & NOTARY
20061221  A214422  0007  1   20061221  POST LGL-H         4.20   A21    LEGAL POSTAGE
20061227  A214423  0001  1   20061227  POST LGL-H         1.35   A21    LEGAL POSTAGE
20061229  A214426  0005  1   20061229  POST N/L-H         1.11   A21    POSTAGE
20061229  A214428  0007  1   20061229  POST LGL-H         1.63   A21    LEGAL POSTAGE
20061229  A214428  0004  1   20061229  POST N/L-H         1.39   A21    POSTAGE
20061229  A214428  0008  2   20061229  POST N/L-H          .39   A21    POSTAGE
20070105  A214429  0007  1   20070105  POST N/L-H         1.39   A21    POSTAGE
20070105  A214429  0008  1   20070105  POST N/L-H          .87   A21    POSTAGE
20070105  A214434  0012  1   20070105  POST LGL-H          .63   A21    LEGAL POSTAGE
20070109  A214435  0014  2   20070109  POST N/L-H          .39   A21    POSTAGE
20070112  A214438  0001  1   20070112  POST LGL-H         2.79   A21    LEGAL POSTAGE
20070112  A214442  0002  1   20070112  POST N/L-H          .87   A21    POSTAGE
20070112  A214442  0006  1   20070112  POST N/L-H          .63   A21    POSTAGE
20070112  A214442  0007  1   20070112  POST N/L-H         2.63   A21    POSTAGE
20070112  A214441  0001  1   20070112  POST LGL-H         2.88   A21    LEGAL POSTAGE
20070123  A214442  0045  1   20070123  POST LGL-H         1.35   A21    LEGAL POSTAGE
20070123  A214461  0001  1   20070123  POST LGL-H         2.63   A21    LEGAL POSTAGE
20070125  A214466  0022  1   20070125  POST N/L-H         2.88   A21    POSTAGE
20070130  A214477  0002  1   20070130  POST LGL-H         1.11   A21    LEGAL POSTAGE
20070201  A214478  0014  1   20070201  POST LGL-H         3.63   A21    LEGAL POSTAGE
20070205  A214478  0035  1   20070205  POST LGL-H         3.00   A21    LEGAL POSTAGE
20070205  A214481  0001  1   20070205  COPY N/L-H         3.10   A21    MEDICAL 1-27-07
20070205  A214485  0003  1   20070205  POST LGL-H         1.88   A21    LEGAL POSTAGE
20070205  A214486  0033  2   20070205  LGL SUPL-H         2.35   A21    ADDL LG SUPPLIES
20070206  A214486  0010  1   20070206  POST LGL-H         1.11   A21    LEGAL POSTAGE
20070206  A214488  0008  1   20070206  POST LGL-H         1.11   A21    LEGAL POSTAGE
20070207  A214488  0007  1   20070207  POST LGL-H         1.11   A21    LEGAL POSTAGE
20070207  A214491  0005  1   20070207  POST LGL-H         1.39   A21    LEGAL POSTAGE
20070212  A214491  0003  1   20070212  COPY N/L-H         1.39   A21    COPIES
20070215  A214497  0002  1   20070215  COPY N/L-H         1.60   A21    COPIES
20070215  A214499  0006  1   20070215  POST LGL-H         1.63   A21    LEGAL POSTAGE
20070215  A214250  0002  1   20070215  COPY N/L-H        10.90   A21    COPIES
20070223  A214256  0003  1   20070223  POST LGL-H          .39   A21    LEGAL POSTAGE
20070223  A214256  0003  1   20070223  POST LGL-H          .87   A21    LEGAL POSTAGE

BGN BAL:    15.00      CURRENT BAL:    15.00      SPENDABLE BAL:    .00
```

```
BK03 5 197067 20080601 PU11  ARIZONA DEPARTMENT OF CORRECTIONS           06/10/08 13:08:14
PRODBK03-C                      INMATE BANK ACCOUNT                      PAGE     7
ADC#: 197067                                                             FROM: 20080601
FOR: HINES, JAMES L.              LOC: A21 ASPC-E BROWNING UNIT          TO:   20080601

POST DTE  BATCH#  ITEM  D/W DATE   TYPE    S  AMOUNT  REFRNC  REMITTER
20070223  A212156  0004  20070223  POST  LGL-H     .87  A21   LEGAL POSTAGE
20070223  A212156  0007  20070223  POST  LGL-H     .39  A21   LEGAL POSTAGE
20070222  A212156  0008  20070222  POST  LGL-H    1.79  A21   LEGAL POSTAGE
20070222  A212156  0010  20070222  COPY  N/L-H     .35  A21   COPIES
20070222  A212156  0011  20070222  POST  LGL-H     .59  A21   LEGAL POSTAGE
20070222  A212154  0011  20070222  POST  LGL-H     .80  A21   LEGAL POSTAGE
20070223  A212152  0003  20070223  POST  N/L-H   20.20  A21   POSTAGE
20070222  A212152  0016  20070222  POST  N/L-H    4.35  A21   POSTAGE
20070222  A212152  0017  20070222  POST  N/L-H     .39  A21   POSTAGE
20070222  A212152  0021  20070222  COPY  N/L-H     .35  A21   COPIES
20070222  A212163  0022  20070222  POST  LGL-H    1.83  A21   LEGAL POSTAGE
20070302  A212263  0007  20070302  POST  N/L-H     .39  A21   POSTAGE
20070302  A212264  0006  20070302  POST  LGL-H    1.55  A21   LEGAL POSTAGE
20070302  A212266  0009  20070302  POST  N/L-H   10.05  A21   POSTAGE
20070302  A212273  0011  20070302  POST  LGL-H    2.07  A21   LEGAL POSTAGE
20070308  A212273  0010  20070308  POST  LGL-H    1.83  A21   LEGAL POSTAGE
20070308  A212274  0009  20070308  POST  N/L-H     .63  A21   POSTAGE
20070308  A212274  0010  20070308  POST  LGL-H    1.11  A21   LEGAL POSTAGE
20070308  A212274  0011  20070308  POST  LGL-H     .63  A21   LEGAL POSTAGE
20070313  A212285  0005  20070313  HEALTH-H     1.00  A21   MEDICAL 3/11/07
20070222  A212291  0050  20070222  LGL SUPL-H              LEGAL SUPPLIES
20070329  A212312  0001  20070329  COPY  N/L-H   28.80  A21   COPIES
20070329  A212312  0002  20070329  COPY  N/L-H   22.00  A21   COPIES
20070403  A212323  0003  20070403  CHECK          1.00  A21   PROPERTY BOX
20070405  A212325  0015  20070405  POST  N/L-H     .87  A21   POSTAGE
20070403  A212330  0001  20070403  POST  LGL-H     .39  A21   LEGAL POSTAGE
20070416  A212330  0020  20070416  POST  LGL-H     .39  A21   LEGAL POSTAGE
20070416  A212330  0021  20070416  POST  LGL-H    1.83  A21   LEGAL POSTAGE
20070416  A212330  0022  20070416  POST  LGL-H    1.35  A21   LEGAL POSTAGE
20070416  A212331  0004  20070416  POST  LGL-H   38.90  A21   LEGAL POSTAGE
20070416  A212331  0012  20070416  POST  N/L-H    1.59  A21   POSTAGE
20070416  A212333  0014  20070416  POST  LGL-H    1.88  A21   LEGAL POSTAGE
20070416  A212334  0016  20070416  POST  N/L-H    4.20  A21   POSTAGE
20070417  A212337  0017  20070417  POST  LGL-H     .39  A21   LEGAL POSTAGE
20070417  A212337  0002  20070417  POST  LGL-H     .39  A21   LEGAL POSTAGE
20070430  A212348  0022  20070430  POST  LGL-H     .63  A21   LEGAL POSTAGE
20070503  A212355  0001  20070503  LGL SUPL-H    2.11  A21   LEGAL SUPPLIES
20070504  A212359  0008  20070504  POST  LGL-H    1.88  A21   LEGAL POSTAGE
20070509  A213364  0003  20070509  POST  LGL-H    1.35  A21   LEGAL POSTAGE

BGN BAL:    15.00              CURRENT BAL:    15.00        SPENDABLE BAL:      .00
```

```
BK03 5 197067 20080601 PU11  ARIZONA DEPARTMENT OF CORRECTIONS          06/10/08 13:08:14
PRODBK03-C                      INMATE BANK ACCOUNT                     PAGE    8
ADC#: 197067                 LOC: A21 ASPC-E BROWNING UNIT              FROM: 20080601
FOR: HINES, JAMES L.                                                    TO:   20080601

POST DTE BATCH# ITEM D/W DATE     TYPE  S  AMOUNT REFRNC REMITTER
20070509 A21364 0004     20070509 POST  N/L-H    1.83 A21  LEGAL POSTAGE
20070509 A21365 0001     20070509 POST  N/L-H    1.35 A21  POSTAGE
20070509 A21365 0002     20070509 POST  N/L-H    1.39 A21  POSTAGE
20070509 A21365 0003     20070509 POST  N/L-H    1.35 A21  POSTAGE
20070509 A21365 0005     20070509 COPY  LGL-H     .63 A21  LEGAL COPIES
20070511 A21368 0006     20070511 COPY  LGL-H     .35 A21  LEGAL COPIES
20070511 A21368 0005     20070511 COPY  LGL-H    4.80 A21  LEGAL COPIES
20070511 A21371 0010     20070511 POST  N/L-H   18.30 A21  POSTAGE
20070511 A21371 0011     20070511 COPY  LGL-H    1.41 A21  LEGAL COPIES
20070521 A21369 0011     20070521 POST  N/L-H    1.35 A21  POSTAGE
20070523 A21384 0001     20070523 POST  N/L-H    1.64 A21  POSTAGE
20070523 A21387 0002     20070523 POST  N/L-H     .41 A21  POSTAGE
20070523 A21387 0001     20070523 POST  N/L-H    1.11 A21  POSTAGE
20070525 A21387 0003     20070525 COPY  LGL-H     .75 A21  CERTIFIED COPIES
20070525 A21394 0004     20070525 COPY  LGL-H    1.50 A21  LEGAL COPIES
20070525 A21394 0008     20070525 COPY  LGL-H    1.50 A21  LEGAL COPIES
20070525 A21394 0009     20070525 COPY  LGL-H    1.50 A21  CERTIFIED COPIES
20070529 A21391 0010     20070529 SUPL  LGL-H    2.88 A21  LEGAL SUPPLIES
20070529 A21395 0001     20070529 POST  N/L-H     .41 A21  POSTAGE
20070529 A21395 0002     20070529 POST  N/L-H    1.31 A21  POSTAGE
20070608 A21407 0003     20070608 POST  N/L-H    2.49 A21  POSTAGE
20070608 A21407 0004     20070608 POST  N/L-H     .41 A21  POSTAGE
20070613 A21408 0002     20070613 POST  N/L-H     .97 A21  POSTAGE
20070613 A21408 0009     20070613 POST  N/L-H    1.41 A21  POSTAGE
20070618 A21409 0010     20070618 POST  N/L-H    1.82 A21  POSTAGE
20070618 A21410 0013     20070618 POST  N/L-H    1.41 A21  POSTAGE
20070618 A21411 0058     20070618 HEALTH-H        1.75 A21  MEDICAL 5-25-07
20070619 A21419 0001     20070619 COPY  LGL-H   63.50 A21  NOTARY COPIES
20070622 A21421 0001     20070622 POST  N/L-H    1.41 A21  LEGAL POSTAGE
20070622 A21418 0018     20070622 POST  N/L-H   15.90 A21  POSTAGE
20070622 A21420 0006     20070622 SUPL  LGL-H    2.88 A21  LEGAL SUPPLIES
20070622 A21417 0001     20070622 LGL   SUPL-H   1.41 A21  LEGAL POSTAGE
20070626 A21422 0002     20070626 POST  N/L-H     .41 A21  POSTAGE
20070626 A21423 0006     20070626 POST  N/L-H    1.48 A21  POSTAGE
20070627 A21424 0011     20070627 POST  N/L-H    5.05 A21  LEGAL POSTAGE
20070627 A21424 0017     20070627 POST  N/L-H    1.48 A21  LEGAL POSTAGE
20070627 A21424 0016     20070627 POST  N/L-H    1.82 A21  LEGAL POSTAGE
20070627 A21425 0011     20070627 POST  N/L-H     .82 A21  POSTAGE
20070627 A21425 0032     20070627 POST  N/L-H    4.60 A21  POSTAGE
20070702 A21430 0037     20070702 POST  N/L-H    2.33 A21  POSTAGE
20070705 A21434 0010     20070705 POST  N/L-H     .41 A21  POSTAGE
20070705 A21434 0005     20070705 POST  N/L-H     .77 A21  POSTAGE
20070711 A21438 0006     20070711 POST  LGL-H     .41 A21  LEGAL POSTAGE
20070711 A21438 0009     20070711 POST  LGL-H    1.48 A21  LEGAL POSTAGE
20070711 A21439 0001     20070711 POST  LGL-H     .41 A21  LEGAL POSTAGE

BGN BAL:      15.00       CURRENT BAL:      15.00       SPENDABLE BAL:       .00
```

```
BK03 5 197067 20080601 PU11 ARIZONA DEPARTMENT OF CORRECTIONS          06/10/08 13:08:14
PRODBKO3-C                    INMATE BANK ACCOUNT                      PAGE     9
ADC#: 197067                  LOC: A21 ASPC-E BROWNING UNIT            FROM: 20080601
FOR: HINES, JAMES L.                                                   TO:   20080601

POST DTE BATCH#  ITEM  D/W DATE   TYPE  S  AMOUNT  REFRNC  REMITTER
20070711 A21439  0007  20070711   POST   N/L-H       41.00  A21  POSTAGE
20070711 A21439  0013  20070711   POST   LGL-H       41.00  A21  LEGAL POSTAGE
20070713 A21441  0005  20070713   POST   LGL-H       41.00  A21  LEGAL POSTAGE
20070716 A21443  0037  20070716   COPY   LGL-H        3.00  A21  MEDICAL COPIES 6/18/07
20070716 A21443  0004  20070716   HEALTH -H           8.90  A21  NOTARY COPIES
20070719 A21446  0001  20070719   COPY   LGL-H         .97  A21  LEGAL POSTAGE
20070719 A21448  0004  20070719   POST   LGL-H       2.33  A08  LEGAL POSTAGE
20070719 A21446  0010  20070719   POST   LGL-H       1.31  A21  LEGAL POSTAGE
20070723 A08417  0002  20070723   POST   LGL-H         .97  A08  LEGAL POSTAGE
20070724 A21452  0005  20070724   POST   LGL-H       1.88  A21  LEGAL POSTAGE
20070724 A21452  0006  20070724   POST   LGL-H       1.31  A21  LEGAL SUPPLIES
20070724 A21454  0004  20070724   POST   LGL-H        .75  A21  LEGAL POSTAGE
20070725 A21455  0005  20070725   POST   LGL-H       2.97  A21  LEGAL POSTAGE
20070730 A21457  0010  20070730   POST   LGL-H       1.31  A21  LEGAL POSTAGE
20070730 A21458  0004  20070730   POST   LGL-H        .75  A21  LEGAL POSTAGE
20070730 A21463  0022  20070730   POST   LGL-H        .97  A21  LEGAL POSTAGE
20070803 A21464  0020  20070803   POST   N/L-H       1.31  A21  POSTAGE
20070803 A21465  0007  20070803   POST   LGL-H      41.41  A21  LEGAL POSTAGE
20070808 A21475  0002  20070808   POST   LGL-H      41.75  A21  LEGAL POSTAGE
20070808 A21476  0022  20070808   POST   LGL-H      41.41  A21  LEGAL POSTAGE
20070809 A21481  0001  20070809   POST   LGL-H      41.92  A21  LEGAL POSTAGE
20070814 A21486  0003  20070814   POST   LGL-H      41.41  A21  LEGAL POSTAGE
20070814 A21486  0015  20070814   POST   N/L-H      41.41  A21  POSTAGE
20070814 A21487  0010  20070814   POST   LGL-H      41.41  A21  LEGAL POSTAGE
20070814 A21487  0014  20070814   POST   LGL-H      41.58  A21  LEGAL POSTAGE
20070817 A21491  0001  20070817   POST   N/L-H      41.14  A21  POSTAGE
20070817 A21491  0011  20070817   POST   LGL-H       1.48  A21  LEGAL POSTAGE
20070817 A21491  0012  20070817   POST   LGL-H       1.31  A21  LEGAL POSTAGE
20070817 A21491  0013  20070817   COPY   N/L-H       1.31  A21  COPIES
20070817 A21488  0014  20070817   POST   LGL-H       8.70  A21  LEGAL POSTAGE
20070821 A21490  0005  20070821   POST   LGL-H       1.41  A21  LEGAL POSTAGE
20070821 A21493  0007  20070821   POST   LGL-H       1.31  A21  LEGAL POSTAGE
20070821 A21493  0009  20070821   POST   LGL-H       1.82  A21  LEGAL POSTAGE
20070821 A21493  0011  20070821   COPY   N/L-H       1.60  A21  COPIES
20070824 A21496  0007  20070824   COPY   N/L-H       4.31  A21  COPIES
20070828 A21497  0002  20070828   POST   LGL-H      12.90  A21  LEGAL POSTAGE
20070828 A21252  0003  20070828   POST   LGL-H      24.40  A21  NOTARY COPIES
20070828 A21252  0005  20070828   POST   LGL-H       1.14  A21  LEGAL COPIES
20070828 A21252  0006  20070828   POST   LGL-H       1.31  A21  LEGAL POSTAGE
20070828 A21252  0011  20070828   POST   LGL-H       1.41  A21  LEGAL POSTAGE
20070828 A21252  0012  20070828   POST   LGL-H        .75  A21  LEGAL POSTAGE
20070828 A21252  0016  20070828   POST   LGL-H       1.31  A21  LEGAL POSTAGE
20070828 A21252  0017  20070828   POST   LGL-H       1.99  A21  LEGAL POSTAGE
20070828 A21253  0007  20070828   POST   LGL-H       2.67  A21  LEGAL POSTAGE
20070828 A21253  0008  20070828   POST   LGL-H             A21  POSTAGE

BGN BAL:    15.00    CURRENT BAL:    15.00    SPENDABLE BAL:    .00
```

```
BK03 5 197067 20080601 PU11       ARIZONA DEPARTMENT OF CORRECTIONS                06/10/08 13:08:14
PRODBK03-C                        INMATE BANK ACCOUNT                              PAGE   10
ADC#: 197067                                                                       FROM: 20080601
FOR: HINES, JAMES L.              LOC: A21 ASPC-E BROWNING UNIT                    TO:   20080601

POST DTE  BATCH#       ITEM  D/W DATE      TYPE   S    AMOUNT  REFRNC  REMITTER
20070828  A21253 0009        20070828      POST   N/L-H  1.99  A21     POSTAGE
20070829  A21256 0001        20070829      COPY   LGL-H   .75  A21     CERTIFIED COPIES
20070830  A21258 0002        20070830      POST   LGL-H 41.41  A21     LEGAL POSTAGE
20070830  A21258 0003        20070830      POST   LGL-H  1.50  A21     LEGAL POSTAGE
20070830  A21258 0005        20070830      POST   LGL-H 41.41  A21     LEGAL POSTAGE
20070910  A21269 0004        20070910      POST   LGL-H  2.88  A21     LEGAL SUPPLIES
20070913  A21278 0003        20070913      POST   LGL-H 41.58  A21     LEGAL POSTAGE
20070913  A21279 0022        20070913      POST   N/L-H  5.30  A21     POSTAGE
20070913  A21279 0033        20070913      POST   LGL-H  1.82  A21     LEGAL POSTAGE
20070918  A21285 0004        20070918      POST   LGL-H 98.20  A21     LEGAL POSTAGE
20070918  A21286 0002        20070918      COPY   LGL-H  6.85  A21     LEGAL COPIES
20070924  A21296 0005        20070924      POST   LGL-H  4.60  A21     LEGAL POSTAGE
20070924  A21296 0006        20070924      POST   LGL-H 41.48  A21     LEGAL POSTAGE
20071001  A21302 0017        20071001      POST   N/L-H 41.58  A21     POSTAGE
20071001  A21302 0022        20071001      POST   LGL-H 41.41  A21     LEGAL POSTAGE
20071002  A21304 0003        20071002      POST   LGL-H 41.41  A21     LEGAL POSTAGE
20071004  A21306 0001        20071004      POST   LGL-H 41.99  A21     LEGAL POSTAGE
20071004  A21306 0002        20071004      POST   LGL-H 41.41  A21     LEGAL POSTAGE
20071004  A21307 0010        20071004      POST   N/L-H  1.31  A21     POSTAGE
20071009  A21309 0002        20071009      POST   LGL-H 41.41  A21     LEGAL POSTAGE
20071012  A21313 0004        20071012      COPY   LGL-H 36.47  A21     LEGAL COPIES
20071013  A21313 0007        20071013      POST   N/L-H 22.67  A21     POSTAGE
20071015  A21316 0010        20071015      POST   LGL-H 31.84  A21     LEGAL POSTAGE
20071015  A21318 0003        20071015      POST   LGL-H  4.60  A21     LEGAL POSTAGE
20071015  A21320 0007        20071015      POST   LGL-H 41.82  A21     LEGAL POSTAGE
20071015  A21320 0012        20071015      POST   N/L-H  1.48  A21     POSTAGE
20071024  A21335 0003        20071024      POST   LGL-H 41.82  A21     LEGAL POSTAGE
20071024  A21336 0001        20071024      POST   N/L-H 31.10  A21     POSTAGE
20071026  A21340 0001        20071026      COPY   SUPLIES 1.88 A21     SUPPLIES
20071026  A21350 0007        20071026      POST   LGL-H  1.92  A21     LEGAL POSTAGE
20071030  A21351 0002        20071030      POST   N/L-H  1.65  A21     POSTAGE
20071105  A21353 0012        20071105      POST   LGL-H  2.58  A21     LEGAL POSTAGE
20071109  A21358 0013        20071109      POST   LGL-H  1.75  A21     LEGAL SUPPLIES
20071109  A21363 0010        20071109      POST   LGL-H 52.65  A21     LEGAL POSTAGE
20071114  A21367 0002        20071114      POST   N/L-H  1.48  A21     POSTAGE
20071114  A21367 0006        20071114      POST   LGL-H 41.60  A21     LEGAL POSTAGE
20071120  A21368 0001        20071120      COPY   LGL-H   .97  A21     NOTARY & COPIES
20071120  A21369 0007        20071120      POST   LGL-H 41.41  A21     LEGAL POSTAGE
20071120  A21376 0002        20071120      POST   LGL-H                LEGAL POSTAGE

BGN BAL:       15.00           CURRENT BAL:      15.00         SPENDABLE BAL:        .00
```

```
BK03 5 197067 20080601 PU11    ARIZONA DEPARTMENT OF CORRECTIONS           06/10/08 13:08:14
PRODBKO3-C                      INMATE BANK ACCOUNT                        PAGE 11
ADC#: 197067                                                               FROM: 20080601
FOR: HINES, JAMES L.           LOC: A21 ASPC-E BROWNING UNIT               TO:   20080601

POST DTE  BATCH#  ITEM  D/W DATE  TYPE  S  AMOUNT  REFRNC  REMITTER
20071120  A213776  0003  20071120  POST  LGL-H       41.47  A21  LEGAL POSTAGE
20071120  A213776  0004  20071120  POST  LGL-H       41.47  A21  LEGAL POSTAGE
20071120  A213776  0005  20071120  POST  LGL-H       41.47  A21  LEGAL POSTAGE
20071120  A213776  0006  20071120  POST  LGL-H        1.64  A21  LEGAL POSTAGE
20071120  A213776  0007  20071120  POST  LGL-H       41.92  A21  LEGAL POSTAGE
20071120  A213776  0008  20071120  POST  LGL-H        1.48  A21  LEGAL POSTAGE
20071120  A213776  0012  20071120  POST  LGL-H       41.49  A21  LEGAL POSTAGE
20071120  A213776  0016  20071120  POST  LGL-H        2.49  A21  LEGAL POSTAGE
20071120  A213776  0023  20071120  POST  LGL-H        4.60  A21  LEGAL POSTAGE
20071120  A213776  0026  20071120  POST  LGL-H       41.41  A21  LEGAL POSTAGE
20071120  A213776  0031  20071120  POST  LGL-H       41.58  A21  LEGAL POSTAGE
20071120  A213776  0032  20071120  POST  LGL-H        1.92  A21  LEGAL POSTAGE
20071120  A213376  0034  20071120  POST  LGL-H       41.41  A21  LEGAL POSTAGE
20071121  A213881  0037  20071121  POST  N/L-H       41.58  A21  LEGAL POSTAGE
20071121  A213881  0001  20071121  POST  LGL-H       41.92  A21  LEGAL POSTAGE
20071204  A214004  0003  20071204  POST  LGL-H        3.00  A21  LEGAL POSTAGE
20071204  A214004  0004  20071204  POST  LGL-H       41.41  A21  LEGAL POSTAGE
20071204  A214004  0001  20071204  POST  N/L-H       41.48  A21  LEGAL POSTAGE
20071204  A214004  0002  20071204  POST  LGL-H       41.67  A21  LEGAL POSTAGE
20071204  A214004  0005  20071204  POST  LGL-H       41.50  A21  LEGAL POSTAGE
20071210  A214401  0003  20071210  POST  LGL-H        2.33  A21  LEGAL POSTAGE
20071210  A214401  0011  20071210  POST  LGL-H       41.81  A21  LEGAL POSTAGE
20071210  A214410  0012  20071210  POST  LGL-H       41.47  A21  LEGAL POSTAGE
20071210  A214410  0010  20071210  POST  LGL-H        1.64  A21  LEGAL POSTAGE
20071212  A214404  0008  20071212  POST  SUPL-H      11.88  A21  LEGAL SUPPLIES
20071212  A214408  0010  20071212  POST  LGL-H        2.75  A21  LEGAL POSTAGE
20071217  A214408  0004  20071217  POST  LGL-H       41.75  A21  LEGAL POSTAGE
20071217  A214431  0002  20071217  POST  LGL-H       41.58  A21  LEGAL POSTAGE
20071217  A214425  0005  20071217  POST  LGL-H        1.31  A21  LEGAL POSTAGE
20071217  A214429  0013  20071217  POST  LGL-H       41.41  A21  LEGAL POSTAGE
20080104  A214431  0002  20080104  POST  LGL-H       41.41  A21  LEGAL POSTAGE
20080107  A214434  0005  20080107  POST  LGL-H       41.58  A21  LEGAL POSTAGE
20080107  A214433  0001  20080107  POST  LGL-H        3.00  A21  LEGAL POSTAGE
20080109  A214431  0002  20080109  COPY  N/L-H      76.20  A21  LEGAL COPIES
20080109  A214432  0019  20080109  HEALTH          N/L-H  MEDICAL 11-2-07
20080109  A214432  0020  20080109  POST  LGL-H        2.16  A21  LEGAL POSTAGE
20080109  A214432  0024  20080109  POST  LGL-H       41.97  A21  LEGAL POSTAGE
20080114  A214440  0002  20080114  POST  LGL-H        2.58  A21  LEGAL POSTAGE
20080114  A214440  0008  20080114  POST  LGL-H       41.41  A21  LEGAL POSTAGE
20080118  A214448  0009  20080118  LGL SUPL-H       1.14  A21  LEGAL SUPPLIES
20080122  A214450  0010  20080122  POST  N/L-H       41.41  A21  POSTAGE
20080122  A214451  0016  20080122  POST  N/L-H       41.41  A21  POSTAGE
20080125  A214451  0018  20080125  POST  N/L-H       41.41  A21  POSTAGE

RGN BAL:    15.00    CURRENT BAL:    15.00    SPENDABLE BAL:    .00
```

```
BK03 5 197067 20080601 PU11        ARIZONA DEPARTMENT OF CORRECTIONS              06/10/08 13:08:14
PRODBK03-C                           INMATE BANK ACCOUNT                            PAGE 12
ADC#: 197067                                                                        FROM: 20080601
FOR: HINES, JAMES L.              LOC: A21 ASPC-E BROWNING UNIT                     TO:   20080601
```

| POST DTE | BATCH# | ITEM | D/W DATE | TYPE | S | AMOUNT | REFRNC | REMITTER |
|---|---|---|---|---|---|---|---|---|
| 20080128 | A214458 | 0001 | 20080128 | COPY | LGL-H | | 25.10 | A21 LEGAL COPIES |
| 20080128 | A214457 | 0003 | 20080128 | POST | LGL-H | | 1.65 | A21 LEGAL POSTAGE |
| 20080128 | A214462 | 0003 | 20080128 | POST | N/L-H | | 4.60 | A21 POSTAGE |
| 20080128 | A214456 | 0008 | 20080128 | POST | N/L-H | | 5.30 | A21 POSTAGE |
| 20080128 | A214456 | 0009 | 20080128 | POST | N/L-H | | .92 | A21 POSTAGE |
| 20080128 | A214464 | 0010 | 20080128 | POST | LGL-H | | 41.75 | A21 LEGAL POSTAGE |
| 20080205 | A214464 | 0005 | 20080205 | POST | LGL-H | | 41.75 | A21 LEGAL POSTAGE |
| 20080205 | A214464 | 0009 | 20080205 | POST | LGL-H | | 41.75 | A21 LEGAL POSTAGE |
| 20080207 | A214468 | 0007 | 20080207 | POST | N/L-H | | 41.75 | A21 POSTAGE |
| 20080207 | A214492 | 0019 | 20080207 | POST | N/L-H | | 41.75 | A21 POSTAGE |
| 20080219 | A214492 | 0020 | 20080219 | POST | N/L-H | | 41.00 | A21 POSTAGE |
| 20080219 | A214498 | 0013 | 20080219 | POST | N/L-H | | 3.00 | A21 POSTAGE |
| 20080220 | A214498 | 0039 | 20080220 | HEALTH | H | | 33.00 | A21 MEDICAL 1-23-08 |
| 20080220 | A214497 | 0077 | 20080220 | HEALTH | H | | 43.90 | A21 MEDICAL 12-18-07 |
| 20080225 | A212258 | 0001 | 20080225 | COPY | LGL-H | | 2.67 | A21 LEGAL COPIES |
| 20080304 | A212264 | 0011 | 20080304 | POST | LGL-H | | .58 | A21 LEGAL POSTAGE |
| 20080304 | A212264 | 0014 | 20080304 | POST | LGL-H | | .75 | A21 LEGAL POSTAGE |
| 20080304 | A212264 | 0015 | 20080304 | POST | LGL-H | | 1.48 | A21 LEGAL POSTAGE |
| 20080304 | A212264 | 0016 | 20080304 | POST | LGL-H | | 1.31 | A21 LEGAL POSTAGE |
| 20080304 | A212264 | 0017 | 20080304 | POST | LGL-H | | 1.75 | A21 LEGAL POSTAGE |
| 20080304 | A212264 | 0018 | 20080304 | POST | LGL-H | | .75 | A21 LEGAL POSTAGE |
| 20080304 | A212264 | 0019 | 20080304 | POST | LGL-H | | 29.60 | A21 LEGAL POSTAGE |
| 20080307 | A212271 | 0020 | 20080307 | COPY | LGL-H | | 2.88 | A21 LEGAL SUPPLIES |
| 20080307 | A212273 | 0004 | 20080307 | POST | LGL-H | | .75 | A21 LEGAL POSTAGE |
| 20080314 | A212278 | 0001 | 20080314 | POST | LGL-H | | .75 | A21 LEGAL POSTAGE |
| 20080314 | A212278 | 0003 | 20080314 | POST | LGL-H | | .75 | A21 LEGAL POSTAGE |
| 20080324 | A212289 | 0004 | 20080324 | POST | N/L-H | | .41 | A21 POSTAGE |
| 20080324 | A212289 | 0006 | 20080324 | POST | LGL-H | | .75 | A21 LEGAL POSTAGE |
| 20080324 | A212290 | 0007 | 20080324 | POST | LGL-H | | 41.58 | A21 LEGAL POSTAGE |
| 20080325 | A212292 | 0011 | 20080325 | POST | N/L-H | | .41 | A21 POSTAGE |
| 20080331 | A212301 | 0022 | 20080331 | POST | N/L-H | | .82 | A21 POSTAGE |
| 20080402 | A212307 | 0002 | 20080402 | POST | LGL-H | | 41.41 | A21 LEGAL POSTAGE |
| 20080407 | A212307 | 0006 | 20080407 | POST | LGL-H | | 2.58 | A21 LEGAL SUPPLIES |
| 20080407 | A212309 | 0009 | 20080407 | POST | N/L-H | | .75 | A21 POSTAGE |
| 20080407 | A212307 | 0010 | 20080407 | POST | LGL-H | | 41.41 | A21 LEGAL POSTAGE |
| 20080414 | A212311 | 0001 | 20080414 | POST | LGL-H | | 1.99 | A21 LEGAL POSTAGE |
| 20080414 | A212312 | 0002 | 20080414 | POST | N/L-H | | .16 | A21 POSTAGE |
| 20080414 | A212313 | 0006 | 20080414 | POST | N/L-H | | 2.14 | A21 POSTAGE |
| 20080414 | A212313 | 0034 | 20080414 | POST | LGL-H | | 1.31 | A21 LEGAL POSTAGE |
| 20080414 | A212313 | 0035 | 20080414 | POST | LGL-H | | 2.88 | A21 LEGAL SUPPLIES |
| 20080414 | A212313 | 0036 | 20080414 | POST | LGL-H | | 1.31 | A21 LEGAL POSTAGE |
| 20080418 | A212314 | 0040 | 20080418 | LGL | SUPL-H | | .41 | A21 LEGAL SUPPLIES |
| 20080421 | A212317 | 0001 | 20080421 | POST | LGL-H | | 1.58 | A21 LEGAL POSTAGE |
| 20080421 | A212317 | 0002 | 20080421 | POST | LGL-H | | 1.31 | A21 LEGAL POSTAGE |
| 20080421 | A212317 | 0003 | 20080421 | POST | LGL-H | | 1.14 | A21 LEGAL POSTAGE |
| 20080421 | A212317 | 0005 | 20080421 | POST | LGL-H | | | A21 LEGAL POSTAGE |

```
BGN BAL:   15.00       CURRENT BAL:   15.00       SPENDABLE BAL:   .00
```

```
BK03 5 197067 20080601 PU11   ARIZONA DEPARTMENT OF CORRECTIONS           06/10/08 13:08:14
PRODBK03-C                         INMATE BANK ACCOUNT                    PAGE 13
ADC#: 197067                                                              FROM: 20080601
FOR: HINES, JAMES L.              LOC: A21 ASPC-E BROWNING UNIT           TO:   20080601

POST DTE  BATCH#   ITEM   D/W DATE   TYPE  S   AMOUNT  REFRNC  REMITTER
20080421  A213317  0006   20080421   POST  LGL-H        .75    A21     LEGAL POSTAGE
20080421  A213317  0007   20080421   POST  LGL-H        .58    A21     LEGAL POSTAGE
20080421  A213317  0008   20080421   POST  LGL-H        .58    A21     LEGAL POSTAGE
20080421  A213317  0011   20080421   POST  LGL-H       1.31    A21     LEGAL POSTAGE
20080421  A213317  0012   20080421   POST  LGL-H       1.48    A21     LEGAL POSTAGE
20080421  A213317  0013   20080421   POST  LGL-H       1.82    A21     LEGAL POSTAGE
20080422  A213320  0002   20080422   POST  LGL-H       5.30    A21     LEGAL POSTAGE
20080422  A213320  0003   20080422   POST  LGL-H      41.58    A21     LEGAL POSTAGE
20080424  A213329  0012   20080424   COPY  LGL-H     333.00    A21     LEGAL COPIES
20080428  A213331  0001   20080428   POST  LGL-H      43.30    A21     LEGAL POSTAGE
20080428  A213331  0002   20080428   POST  LGL-H      37.00    A21     LEGAL POSTAGE
20080430  A213331  0003   20080430   POST  LGL-H        .75    A21     LEGAL POSTAGE
20080430  A213331  0004   20080430   POST  LGL-H       1.58    A21     LEGAL POSTAGE
20080430  A213331  0008   20080430   POST  LGL-H      41.75    A21     LEGAL POSTAGE
20080430  A213333  0001   20080430   POST  LGL-H       1.41    A21     LEGAL POSTAGE
20080505  A213334  0007   20080505   POST  LGL-H        .92    A21     LEGAL POSTAGE
20080505  A213334  0010   20080505   POST  LGL-H       1.65    A21     LEGAL POSTAGE
20080505  A213336  0017   20080505   POST  LGL-H      14.14    A21     LEGAL POSTAGE
20080505  A213336  0022   20080505   POST  N/L-H       1.58    A21     POSTAGE
20080506  A213336  0027   20080506   POST  N/L-H        .75    A21     POSTAGE
20080506  A213336  0028   20080506   POST  N/L-H       1.58    A21     POSTAGE
20080506  A213337  0003   20080506   POST  LGL-H       1.58    A21     LEGAL POSTAGE
20080506  A213337  0011   20080506   POST  N/L-H        .75    A21     POSTAGE
20080506  A213343  0012   20080506   POST  N/L-H       1.58    A21     POSTAGE
20080506  A213345  0006   20080506   POST  LGL-H      41.41    A21     LEGAL POSTAGE
20080512  A213361  0011   20080512   POST  LGL-H      21.30    A21     LEGAL POSTAGE
20080512  A213361  0014   20080512   POST  LGL-H       2.88    A21     LEGAL POSTAGE
20080523  A213362  0005   20080523   COPY  SUP-H       1.75    A21     LEGAL COPIES
20080523  A213362  0016   20080523   SUPPL LGL-H       1.58    A21     LEGAL SUPPLIES
20080523  A213362  0019   20080523   POST  LGL-H       1.42    A21     LEGAL POSTAGE
20080523  A213362  0020   20080523   POST  LGL-H       1.51    A21     LEGAL POSTAGE
20080523  A213362  0021   20080523   POST  LGL-H       1.42    A21     LEGAL POSTAGE
20080603  A213368  0022   20080603   POST  N/L-H        .42    A21     POSTAGE
20080603  A213369  0006   20080603   POST  LGL-H        .42    A21     LEGAL POSTAGE
20080604  A083319  0007   20080604   POST  N/L-H        .76    A08     POSTAGE
                                                                       .59

BGN BAL:    15.00    CURRENT BAL:    15.00    SPENDABLE BAL:    .00
```

```
BKO3 5 1970067 20080601 PU11  ARIZONA DEPARTMENT OF CORRECTIONS          06/10/08 13:08:14
PRODBKO3-C                    INMATE BANK ACCOUNT                                 PAGE 14
ADC#: 197067                                                             FROM: 20080601
FOR: HINES, JAMES L.                 LOC: A21 ASPC-E BROWNING UNIT         TO: 20080601

POST DTE BATCH# ITEM D/W DATE TYPE          S    AMOUNT REFRNC REMITTER

            *** END OF DETAIL RECORDS ***
            *** END OF REPORT ***
```