FILED

2008 AUG -4 PM 2: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES, Petitioner, v. DEPT. WARDEN TOERS-BINJS, et al. Respondents. | Civil No. 08-1168 J NLS **ORDER:** **(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; and** **(2) DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis.

**MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner has $0.00 on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

///

///

## DISMISSAL WITHOUT PREJUDICE

In his Petition, Petitioner states that he is challenging convictions related to California appellate court case numbers D040670 and D052738. (*See* Pet. at 2.) Petitioner currently has a Petition for Writ of Habeas Corpus pending in this Court in case number 08cv0698 in which he is also challenging a conviction related to California appellate court case number D040670. (*See* Pet. in case no. 08cv0698 at 2.) In that case, the Court ordered the attorney general to respond to the Petition. A motion to dismiss is due July 14, 2008, and an answer is due July 31, 2008. (*See* Order dated May 5, 2008 in case no. 08cv0698 [doc. no. 6.].)

If is not clear from the current Petition if the claims Petitioner seeks to bring in this case relate to both of his convictions in California appellate court case numbers D040670 or D052738, or indeed if those two appellate court case numbers relate to the same state court conviction. Accordingly, Petitioner is directed as follows:

(1) If the claims in the current Petition [08cv1168] relate to the conviction he is challenging in California appellate court case number D040670, he must present those claims by filing a First Amended Petition in case number 08cv0698.

(2) If the California appellate court cases to which Petitioner refers in the current Petition, D040670 and D052738, relate to the same state court conviction, Petitioner must file a First Amended Petition in case number 08cv0698 which contains *all* claims he wishes to bring in this Court with respect to that his state court conviction;

(3) If the claims in the current Petition relate to a separate state court conviction Petitioner has suffered and challenged in California appellate court case number D052738, he must file a First Amended Petition in this case, 08cv1168, which so informs the court **no later than September 8, 2008**;

Plaintiff is cautioned that any amended petition must be complete in itself without reference to his original Petition. *See* S. D. Cal. CivLR 15.1; *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Petitioner is also cautioned that he has a right to file an amended petition without seeking permission of the court before a responsive pleading is filed. (*See* FED.R.CIV.P. 15a(1)(A).) In case number 08cv0698, a responsive pleading from Respondent is due on July

31, 2008. Petitioner is also directed to use the blank petition form provided with this order for future filings in this Court.

## CONCLUSION

For the foregoing reasons, the Court **GRANTS** Petitioner's motion to proceed in forma pauperis and **DISMISSES** the case without prejudice and with leave to amend. If Petitioner wishes to proceed with this case or add claims to case number 08cv0698, he must proceed as detailed above. **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK FIRST AMENDED PETITION FORM WITH THIS ORDER.**

IT IS SO ORDERED.

DATED: 8-1-08

Napoleon A. Jones, Jr.
United States District Judge