James Lynn O Hines
NAME

197067
PRISON NUMBER

Box 3400 10 40
CURRENT ADDRESS OR PLACE OF CONFINEMENT

Florence Az 85232
CITY, STATE, ZIP CODE



**FILED**

AUG 1 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

James Lynn O'Hines ,
(FULL NAME OF PETITIONER)

**PETITIONER**

v.

Toors Bijns Et.al ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and
Edmund G. Brown
1300 I Street Ste 1740 Sacramento
The Attorney General of the State of
California, Additional Respondent.
Ca. 95814 (916) 324-5437. #

Civil No   08 - 1168 . J NLS
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**FIRST AMENDED**
**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: San Diego Consolidatedly San Luis Obispo Calif Superior courts .

2. Date of judgment of conviction: Feb 10 1998 and Approx 2002 civilly

3. Trial court case number of the judgment of conviction being challenged: SRF 122463 People v Mulloy 2003 WL 22436278. (dually on appeal),

4. Length of sentence: (5 yrs 8o 8 and Indeterminate civil mho. trial).

CIV 68 (Rev. Jan. 2006)

cv

5.  Sentence start date and projected release date: *1998 retroactive to 11/22/07.*
    *approx to 2006 end of parole*

6.  Offense(s) for which you were convicted or pleaded guilty (all counts): *parole violation*
    *and Battery on a non prisoner and consolidately a*
    *civil mio to San Luis Obispo*

7.  What was your plea? (CHECK ONE)

    (a)  Not guilty          ☐
    (b)  Guilty              ☑
    (c)  Nolo contendere     ☐

8.  If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
    (a)  Jury                ☐
    (b)  Judge only          ☑

9.  Did you testify at the trial?
    ☑ Yes   ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes   ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:

    (a)  Result: *denied*
    (b)  Date of result (if known): *Oct 28 2003*
    (c)  Case number and citation (if known): *2003 WL 22436298*
    (d)  Names of Judges participating in case (if known) *unknown.*

    (e)  Grounds raised on direct appeal: *Automation Accessio Electrostatic*
    *Transducer Modulation 18 USC § 2510 -2520 Absolute*
    *priority rule/Labor conflict/over familiarity/Keheny v. Rushing*

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

    (a)  Result: *Denied access. Im shot Hold, too Arpais, Narcotics*
    (b)  Date of result (if known): *11/22/07 retroactive 2003 ASH.*
    (c)  Case number and citation (if known): *from 9/20/2002 encouraged*
    *to proceed FSP to ASH 0040670 4th to the 3RD.*
    (d)  Grounds raised: *Reporting employee CF Franco is over-familiar to*
    *petitioner Racial feuding from Salnas Ca and San Juaquin*
    *valley area for jobs and external gas stocks/shares.*

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

   (a) Result: _Amendments from 9/2005 10/2005 / 8/2006 / 2007/08_

   (b) Date of result (if known): _pending 5/2/08 to 7/3/08_

   (c) Case number and citation (if known): _pro se given only 60 day extension mailed again same time as this Writ_

   (d) Grounds raised: _privilege against self incrimination, improper paneling of a grand jury or petite jury jury selection, civil moo 12962 at San Luis Obispo to phoenix Az Venue and ineffective assistance of advisory counsel._

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
  ☑ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

   (a) **California Superior Court** Case Number (if known): _HSC 10418. SRF122463_

   (b) Nature of proceeding: _(Motion to amend abstract of judgement)_

   (c) Grounds raised: _True identity (not aka for a plea bargin) For the record to show coc central file. Writ of Habeas corpus as aka Jackson MaMay K86984. coc IO NO. *._

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
  ☑ Yes  ☐ No

   (e) Result: _(Granted.) denied due to no prima facie showing_

   (f) Date of result (if known): _(approx april 1998) / June 3rd 2003._

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
  ☑ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known): _Yes . D052738._

    (b) Nature of proceeding: _Writ of Habeas Corpus._

    (c) Names of Judges participating in case (if known) _unknown._

    (d) Grounds raised: _Calif civil code of proc. § 2032._

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
    ☑ Yes ☐ No

    (f) Result: _Denied_

    (g) Date of result (if known): _3/26/08._

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☑ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known): _N/A. unaccessable._

    (b) Nature of proceeding: _Writ of Habeas Corpus_

    (c) Grounds raised: _Motion of discovery. Automation Marotic subjugation Electristatic Transducer Modulerio by telephonic Computers. Denied access to counsel of choice Mr. Joseph L - Gimbrone Obstruction by State officials in mailing Writ to 3R2 District Courts. (Subjugation)._

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☑ No

    (e) Result: _RTS Return to sender_

    (f) Date of result (if known): _6/17/08_

**20.** If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

Sheriff Jim Sheffield  Sheriff Joe Arpaio  Peace officer Assoc. Union  Federal Marshall  Doug Fisher  a jewish cartelized lock on justice in pursuit of. Cabala activity oppression due to Brentwood Homocides in 1994 plantiff knows who did it.

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your first federal petition for writ of habeas corpus challenging this conviction?
☐ Yes ☑ No    (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? Eastern Fresno Calif
(i) What was the prior case number? 996647 Mallay alca v. Galaza 6
(ii) Was the prior action (CHECK ONE):
☐ Denied on the merits?
☑ Dismissed for procedural reasons?
(iii) Date of decision: approx 2000.

(b) Were any of the issues in this current petition also raised in the prior federal petition?
☑ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☐ Yes ☐ No

---

<u>**CAUTION:**</u>

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State** *concisely* **every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize** *briefly* **the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Conviction obtained by a plea of guilty which was made unlawfully induced or not made voluntarily with the understanding of the nature of the charge or consequences.

**Supporting FACTS:** Public defenders succumbed to over-burdensome pressures for an idealic situation to offer Narcotics agents a time grace period of opportunistic financial technical surveillance into ethanol stocks. and Ventura parole office agents public-private active supervision of parolee. to by acquiescence plead guilty in good faith of necessity.

Upon offering the plea bargain in exchange for a past tense understanding selective prosecution by familiar associate Peter Doddah recognized in the Court for R.A. Koeber and from St. Louis Mo 8/20/88 deal offered echoed into private attorns and prior offenses.

What occurred after sentencing is another sentencing for a 12 week substance abuse program that took 2yrs 2 Months. consolidatedly + injure the plaintiff avilty and deny a comprehensive plea bargin as offered or made.

**Did you raise GROUND ONE in the California Supreme Court?**

☑ Yes ☐ No.

    If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): (habeas).

(2) Case number or citation: Not answered.

(3) Result (attach a copy of the court's opinion or order if available): Not answered.

(4) attached.

**(b) GROUND TWO:** Conviction obtained by a coerced confession.

**Supporting FACTS:** (As a ccms/aop inmate since 1985. the San Diego prosecutors for laws and health has derived a Venue locally in geographic vicinity in the course of political activity east county to 94 for adult state citizens by the active supervision of accessio.)

In the court room electrostatic transduced Modulation for defendant from George Bailey Det. Fuelling with highly toxic levels of sodium in food could not answer legitimately any questions without coercion.

The case in question on appeal now at San Luis Obispo from San Diego in 2002-2003 is to a civil order consolidated to a felony for self incrimination is due to ineffective legal representation and strongly indicative of how, why, who, and what coerced defendant into a confession example: Lawyer, client privileged consultation, involuntary intoxication post a legal binding order for no involuntary medications from Doctors at Folsom why upon parole + Atascadero would medication be allowed for a diminished capacity defense affirmative and retro-active here: "A chair thrown to injury" is not "A chair thrown and injured" benefit of doubt until proven guilty burden on prosecutor for plea bargain denied.

**Did you raise GROUND TWO in the California Supreme Court?**

☑ Yes ☐ No.

  If yes, answer the following:

  (1)  Nature of proceeding (i.e., petition for review, habeas petition): (habeas).

  (2)  Case number or citation: N/A

  (3)  Result (attach a copy of the court's opinion or order if available): N/A

(c) **GROUND THREE**: Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure where the state did not provide a full and fair hearing 4th

**Supporting FACTS:** Testimony by Dr Burton at SLO county from San Diego county is not a real and/or valid testimony by Doctors oath to 1st do no harm. Inre - Domain - Demain It was said to the court after a passive altercation with a minority at the hospital weapon stock was found on a window sill at San Luis Obispo CMC East prison and that could be a danger. that cell was pre-occupied and the right to be safe and secure in that cell without fully describing the place to be searched.

Seondly --- hearsay testimony and/or prison discipline is the real question to demand restorative justice overdue Inre: probable cause --- Its too easy for the prisons benefit to prolong punishment and assign rule violations for officers taken in searches and seizers that are from a domain nor demain w/out the persons knowledge of what, where, when how things are seized w/out probable cause justifiably with a fair notice of because of cell moves to different locations in an ample amount of time unaware of effects.

Petitioner was not aware of his newly acquired surroundings or the consequences from Corcoran.

**Did you raise GROUND THREE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1)   Nature of proceeding (i.e., petition for review, habeas petition): (habeas)

(2)   Case number or citation:  non assigned

(3)   Result (attach a copy of the court's opinion or order if available):  attached.

**(d)** **GROUND FOUR**: Conviction obtained by the constitutional failure to disclose favorable evidence to the defendant.

**Supporting FACTS:** 8/20/88 A.D.W. Shoneys Maplewood Mo. Blood spots on knife. (45 days in jail) Not guilty.
1990 to 1994 A.D.W. Bobs Big Boy Brentwood Mo./California then slashings of R. Goldman N.B Simpson. Counter claim cross claim of petitioner from Del Mar cult to Home ave. [ ............ ] Video switch to A.W.O.L petitioner from St Thomas of Agunis parish Board @ cure Home 22 street San Diego Ca by Badgering the witness.
St Louis Mo law enforcement knows at close family ties to Jaffe Ira Wilshire and peter doddah did not disclose this into in favor of a Santa Barbara I.N.S. plot w/ Narcotics agents.
Male, female prosecuting attys Peter Doddah and associates on day of plea bargain teased memory of petitioner dazzled by G.H.B. and the psy015 tropic medications at George Bailey Detention Fac. If called upon to testify Questions and answers would reveal intense knowledge as to unorthodox practices by mistake and naivity of plaintiff in Del mar, (Brentwood during back to 1982 #.) (the prosecution knows I was at Rockingham in 1982 #)

**Did you raise GROUND FOUR in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition): _habeas)_

    (2)    Case number or citation: _NOT assigned_

    (3)    Result (attach a copy of the court's opinion or order if available): _arrived._

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☑ Yes    ☐ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court: _Cochise County_

(b) Case Number: _CV2007 00645_

(c) Date action filed: _8/1/2007_

(d) Nature of proceeding: _Civil code of procedures Federal and State. Breach of contract_

(e) Name(s) of judges (if known): _____

(f) Grounds raised: _Insurance fraud. computer staulking Religious oppression Ipso facto due control._

(g) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes    ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: _Mark Davis  Robert Garcia and Christopher Christian  SD public Def-office(s)._

(b) At arraignment and plea: _Mark Davis  SD public Def officer(s) Downtown San Diego Ca_

(c) At trial: _San Luis Obispo delt public defender officer Christopher Crisann_

(d) At sentencing: _Christopher Christian San Luis Obispo Ca (Christopher crisarian)_

(e) On appeal: _self  pro / per_

(f) In any post-conviction proceeding: _pro / per_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _pro / per_

CIV 68 (Rev. Jan. 2006)                    -10-                    cv

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☑ Yes  ☐ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☑ Yes  ☐ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
_San Luis Obispo County 1112 Monterey street SLO Calif._

(b) Give date and length of the future sentence: _Indeterminate Civil_
_Authority (civil disobedience)_

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☑ Yes  ☐ No

**28.** Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.    **OR**    ☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

CIV 68 (Rev. Jan. 2006)

cv

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____ *pro per* _____
SIGNATURE OF ATTORNEY (IF ANY)


I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_____
(DATE)

_____
SIGNATURE OF PETITIONER

Proof of Service

1. Rule 35. 5. Service and filing:

2.

3. The copies for opposing parties have
4. been deposited in the U.S. Postal Service
5. and mailed as follows: (1) Clerk: Arizona
6. Supreme Court 402 Arizona State Courts Bldg.
7. 1501 West Washington Phoenix Az. 85004-3231.

8.

9. (2) Maricopa County Attorney; Andrew P. Thomas
10. Andrea L. Kever Appeals: 3131 West Durango
11. Street, Phoenix Az. 85009.

12.

13.           Federal R. civil P.   5   (a) (d)
14. (3) Office of the Attorney General State of
15. Arizona 1275 West Washington Phoenix Az
16. 85007-2926

17.

18.

19. (4) California Attorney General's Office Criminal
20. Appeals Section 202 'C' street San Diego
21. Ca. 92101.

22.

23.

24. (5) Pro Per / Pro Se Declarant / Petitioner
25. James Lynn Hines 197067
26. Box 3400   1-D-40   SMUII
27. Asp. Florence Eyman Complex
28. Florence Az 85232.

29.